■ LAWRENCE J. ALBER, Appellant, v. ALLAN DEAN, Respondent.— Motion to dismiss appeal granted, by default, without costs. Foster, P. J., Bergan, Coon and Gibson, JJ., concur.

■ In the Matter of the Claim of MARGIT BERGER, Appellant. ISADOR LUBIN, as Industrial Commissioner, Respondent.— Motion to dismiss appeal granted, by default, without costs. Foster, P. J., Bergan, Coon and Gibson, JJ., concur.

■ In the Matter of the Claim of MICHAEL CZERWONKA, Appellant. ISADOR LUBIN, as Industrial Commissioner, Respondent.— Motion to dismiss appeal granted, by default, without costs. Foster, P. J., Bergan, Coon and Gibson, JJ., concur.

■ In the Matter of the Claim of MORRIS ENGLANDER, Appellant, against CHANNEL MASTER CORPORATION et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Foster, P. J., Bergan, Coon and Gibson, JJ., concur.

■ ROSE OZOROWSKI, Respondent, v. STANLEY PAWLOSKI, Appellant.— Motion to dismiss appeal granted, by default, without costs. Foster, P. J., Bergan, Coon and Gibson, JJ., concur.

■ ANDREW POSSEHL, Respondent, v. SAVERIO DI STEFANO, Appellant.— Motion for stay pending appeal granted on the following conditions: (a) That appellant file an undertaking in the sum of $1,500; (b) that appellant prepare and file the record on appeal and brief on or before December 15, 1956 and be ready for argument at the January, 1957 Term of this court. The order shall stay only those portions of the judgment described in the notice of appeal. Foster, P. J., Bergan, Coon and Gibson, JJ., concur.

■ MICHAEL ROMANYCH, Appellant-Respondent, v. ROLAND AUSTIN et al., Respondents-Appellants.— Motion to dismiss appeal of respondents-appellants granted, by default, without costs. Permission to withdraw appeal by appellant-respondent, Michael Romanych, granted. Foster, P. J., Bergan, Coon and Gibson, JJ., concur.

■ NICK SKUMANICH, Appellant, v. JAMES A. PALAZZO, Respondent.— Motion to dismiss appeal granted, by default, without costs. Foster, P. J., Bergan, Coon and Gibson, JJ., concur.

■ In the Matter of JOHN J. O'CONNOR, Petitioner, against NEW YORK STATE EMPLOYEES' RETIREMENT SYSTEM et al., Respondents.— Motion for permission to appeal to the Court of Appeals granted, without costs. Foster, P. J., Bergan, Coon and Gibson, JJ., concur. [See ante, p. 639.]

■ In the Matter of FIRST TRUST & DEPOSIT COMPANY, as General Guardian of the Property of Huntington B. Crouse, III, and Another, Infants, Petitioner, against ALLEN J. GOODRICH et al., Constituting the State Tax Commission, Respondents. (Two Proceedings.) — Motion for permission to appeal to the Court of Appeals granted, without costs. Foster, P. J., Bergan, Coon and Gibson, JJ., concur. [See ante, p. 172.]

■ In the Matter of HELEN M. DALY, Petitioner, against STATE COMPTROLLER, Respondent.— Motion for reargument, or in the alternative, for permission to appeal to the Court of Appeals, denied, without costs. Foster P. J., Bergan, Coon and Gibson, JJ., concur. [See ante, p. 139.]